# PRIORITY MAIL 2-DAY®

0 Lb 2.70 Oz

1006

EXPECTED DELIVERY DAY: 06/08/22

C016

SHIP TO:
401 W CENTRAL BLVD
ORLANDO FL 32801-0401

USPS TRACKING® #

9505 5110 0882 2157 6215 03

**FROM:**
Dust. Braxson
Razor Wire LLC
3966 Atlanta Hwy #321
Montgomery, AL 36109

**TO:**
Clerk of Court
U.S. District Court
401 W. Central Boulevard
Orlando, FL 32801

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED · INSURED

PS00001000014   EP14F May 2020   OD: 12 1/2 x 9 1/2